B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

WESTERN District Of VIRGINIA

In re BERENTY, LORRAINE   Case No. 1650648 RBC

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ECMC | PENNSYLVANIA HIGHER EDUC ASST AGENCY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Court Claim # (if known): 2
Amount of Claim: $48,168.51
Date Claim Filed: 07/18/2016

Phone: 651-221-0566
Last Four Digits of Acct #: 5967

Phone: 800-892-7576
Last Four Digits of Acct #: 5967

Name and Address where transferee payments should be sent (if different from above):
ECMC
Lockbox #8682
P.O. Box 16478
St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 5967

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Amanda Amarteifio      Date: 07/18/2017
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*



Educational Credit Management Corporation
1 Imation Place
Building 2
Oakdale, MN  55128


Dear Sir/Madam:

The Pennsylvania Higher Education Assistance Agency (PHEAA) hereby assigns to the Educational Credit Management Corporation (ECMC) its rights, title and interest in those student loans listed in the enclosure to this letter.

PHEAA hereby specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.


Sincerely,

*[signature]*

Todd E. Mosko
Vice President
Loan Assets Management